In the Matter of CYRUS KETCH, an Alleged Incompetent Person, Appellant.

HIRAM KETCH, Respondent.

*Matter of Ketch,* 131 App. Div. 923, appeal dismissed.
(Submitted May 3, 1909; decided May 11, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1909, which affirmed an order of Special Term granting a motion for a writ *de lunatico inquirendo.*

The motion was made upon the ground that an appeal did not lie, as of right, from the order of the Appellate Division, and that permission to appeal had not been obtained.

*Edwin S. Brown* for motion.

*Reuben R. Lyon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCKLAND RAILROAD COMPANY et al., Appellants, *v.* GEORGE W. ALDRIDGE et al., Constituting the Board of Railroad Commissioners of the State of New York et al., Respondents.

*People ex rel. Rockland R. R. Co.* v. *Aldridge,* 126 App. Div. 484, affirmed.
(Argued April 28, 1909; decided May 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 9, 1908, which confirmed a determination of the Board of Railroad Commissioners awarding a certificate of public convenience and necessity to the West Shore Traction Company.

*Daniel D. Sherman* and *Charles J. Hardy* for appellants.

*Edward J. Welch* for respondents.

Order affirmed, with costs ; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: CULLEN, Ch. J.